IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSEPH EVERETT WOODWARD, | Case No. 1:15-cv-01931-KI |
| Plaintiff, | ORDER |
| v. | |
| MIKE SWANSON, et al., | |
| Defendants. | |

**King, Judge.**

Plaintiff's Motion to Dismiss (ECF No. 9) is GRANTED. This proceeding is DISMISSED, without prejudice. This court certifies that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

DATED this 23rd day of December, 2015.

Garr M. King
United States District Judge

1 - ORDER